## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE LEO M. GORDON, JUDGE

| | |
|---|---|
| SMITH-COOPER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ISLAND INDUSTRIES, <br><br> Defendant-Intervenor. | Court No. 19-00011 |

## **STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Respectfully Submitted,

/s/ Gregory S. M<sup>c</sup>Cue
Gregory S. M<sup>c</sup>Cue
Steptoe LLP
1330 Connecticut Avenue, NW
Room 618
Washington, DC  20036
(202) 429-6421
Email: gmccue@steptoe.com

*Attorney for Plaintiff*

July 10, 2025

        BRETT A. SHUMATE
        Assistant Attorney General

        PATRICIA M. MCCARTHY
        Director

        /s/ Tara K. Hogan
        TARA K. HOGAN
        Assistant Director

        /s/Anne M. Delmare
        ANNE M. DELMARE
        Trial Counsel
        U.S. Department of Justice
        Commercial Litigation Branch, Civil Division
        P.O. Box 480, Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 305-0531
        Email: anne.m.delmare@usdoj.gov

        OF COUNSEL
        Jack Dunkelman
        U.S. Department of Commerce
        Office of Chief Counsel for Trade Enforcement and Compliance
        1401 Constitution Avenue, NW, Suite 3629
        Washington, DC 20009
        (202) 306-4996
        Email: jack.dunkelman@trade.gov

        *Attorneys for Defendant*

July 10, 2025

        /s/ Matthew Jon McConkey
        Matthew Jon McConkey
        Mayer Brown LLP
        1999 K Street, NW.
        Washington, DC 20006
        (202) 263-3235
        Email: mmcconkey@mayerbrown.com

        *Attorney for Defendant-Intervenor*

July 10, 2025

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE THE HONORABLE LEO M. GORDON, JUDGE**

| | |
|---|---|
| SMITH-COOPER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ISLAND INDUSTRIES, <br><br> Defendant-Intervenor. | Court No. 19-00011 |

## ORDER OF DISMISSAL

This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Clerk, U. S. Court of International Trade

Dated: _____, 2025        _____
    New York, NY                              Deputy Clerk